**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Raphael Pontoo, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2021-001217

---

**ON WRIT OF CERTIORARI**

---

Appeal From Lexington County
Courtney Clyburn Pope, Circuit Court Judge

---

Unpublished Opinion No. 2025-UP-126
Heard April 8, 2025 – Filed April 16, 2025

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Sarah Elizabeth Shipe, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Raphael Pontoo's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**